# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Ashley Macon
                        Plaintiff,

v.                                           Case No.: 1:24−cv−03075
                                                      Honorable Steven C. Seeger

Sky Chefs, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 7, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Settlement conference held. The parties reached an agreement to settle the matter. A settlement finalization status report is due by noon on 3/14/25 but will be vacated if the stipulation to dismiss is on file by then. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.