# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Ashley Macon

          Plaintiff,

v.                                  Case No.: 1:24–cv–03075

                                  Honorable Steven C. Seeger

Sky Chefs, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 8, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the minute order from Judge Fuentes (Dckt. No. [25]), who presided over a successful settlement conference. The parties have reached a settlement in principle. Given that representation, the complaint is hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless a party seeks and obtains relief from the Court by March 21, 2025. The parties must file a stipulation of dismissal when the time comes. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.